UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DONNA LUCAS GALLION,  )
                      )
        Plaintiff,    )
                      )
v.                    )     **JUDGMENT**
                      )
                      )     No. 5:16-CV-312-FL
                      )
NANCY A. BERRYHILL,   )
Acting Commissioner of Social Security, )
                      )
        Defendant.    )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 9, 2017, and for the reasons set forth more specifically therein, that defendant's motion is granted. Ths matter is dismissed.

**This Judgment Filed and Entered on August 9, 2017, and Copies To:**

Vance Edward Jennings (via CM/ECF Notice of Electronic Filing)
Jill S. Reeder (via CM/ECF Notice of Electronic Filing)


August 9, 2017                    PETER A. MOORE, JR., CLERK
                                   /s/ Susan W. Tripp
                                  (By) Susan W. Tripp, Deputy Clerk